**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kelly Wayne WALDROP, Defendant–Appellant.**

No. 01–7833.

United States Court of Appeals, Fourth Circuit.

Submitted March 26, 2002.

Decided April 16, 2002.

Kelly Wayne Waldrop, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kelly Wayne Waldrop seeks to appeal the district court's order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Waldrop*, Nos. CR–99–50; CA–01–496 (E.D.N.C. Sept. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*